# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PAUL C. MADISON § Case No. 10-33558
§ Chapter 7
§ Hon. PAMELA S. HOLLIS
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J, DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St. - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/28/2011 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U.S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J, DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PAUL C. MADISON.  § Case No. 10-33558
§ Chapter 7
§ Hon. PAMELA S. HOLLIS
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $71,411.03
*and approved disbursements of*  $1,407.78
*leaving a balance on hand of* [1]  $70,003.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

Total to be paid to secured creditors:  $0.00
Remaining balance:  $70,003.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $6,820.55 | $0.00 | $6,820.55 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $63.32 | $0.00 | $63.32 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $12,600.00 | $0.00 | $12,600.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WESWT/POPOWCER KATTEN, Ltd. | $1,012.50 | $0.00 | $1,012.50 |
| *Accountant for Trustee, Expenses* | LOIS WESWT/ POPOWCER KATTEN, Ltd. | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |
| *Charges,* U.S. Bankruptcy Court | | | |
| *Fees,* United States Trustee | $325.00 | $0.00 | $325.00 |
| Other | | | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $20,821.37 |
| Remaining balance: | $49,181.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---:|---:|---:|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $49,181.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling ____$211,560.55____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $136,856.87 | $0.00 | $31,815.37 |
| 30 | Illinois Dept of Revenue | $74,703.68 | $0.00 | $17,366.51 |

Total to be paid for priority claims:  $49,181.88
Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling  $12,450,949.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1,2,4,6,7,8,9,11,14,16,17,19,21,22,26,27,28,29,30 | | $12,450,949.91 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling  $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | | Total to be paid for subordinated claims: | | $0.00 |
| | | Remaining balance: | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
                        Trustee

*Trustee's Name:*
ALLAN J, DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-33558-PSH
Paul C Madison                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: rgreen              Page 1 of 3               Date Rcvd: Mar 25, 2011
                                Form ID: pdf006          Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2011.

```
db         +Paul C Madison,    1241 N Dearborn,    Chicago, IL 60610-2238
tr         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16159549   +1st America Financial Corporation,    1845 East Rand Road,    Suite L106,
             Arlington Heights, IL 60004-4375
16159550   +5838-52 South Michigan Ave. IIC,    845 North Michigan Ave,    Chicago, IL 60611-2252
15913217   +Alex Moglia,    1325 Remington Road,    Suite H,    Schaumburg, IL 60173-4815
15913218   +American Centurion,    C/O Zwicker & Associates,    7366 N Lincoln Ave.,
             Lincolnwood, IL 60712-1708
15913219   +American Chartered Bank,    c/o Much Chelis Attn,    J Gansberg & J Sherman,    191 N Wacker Drive,
             Chicago, IL 60606-1615
16159489    American Chartered Bank,    1199 Higgins Road,    Schaumburg, IL 60173-4711
15913220   +Assistant Attorney General,    Tax Division,    P.O. Box 55 Ben Franklin Station,
             Washington, DC 20044-0055
15913221   +Associate Area Counsel, SB/SE,    200 W Adams St,    Suite 2300,    Chicago, IL 60606-5231
15913222   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15913225   +Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
16117722    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
             Charlotte, NC 28272-1083
15913229   +Casale, Woodward & Buls, LLP,    9223 Broadway,    Suite A,    Merrillville, IN 46410-7017
15913230   +Castle Bank,    Franks Gerkin & McKenna,    Po Box 5,    Marengo, IL 60152-0005
15913231   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
15913232   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
15913233   +Christopher Reyes,    c/o Stephan Zouras LLP,    205 N. Michigan Ave., Suite 2560,
             Chicago, IL 60601-6024
15913234    Cohen, Norris, Scherer,    Weinberger & Wolmer, P.A.,    712 U.S. Highway One, Forth Floor,
             North Palm Beach, FL 33408
16667555    Colonial Pacific Leasing Corporation, Inc.,    c/o Thomas J. Magill, Esq.,    Quarles & Brady LLP,
             300 N. LaSalle Street, Suite 4000,    Chicago, IL 60654
15913235   +Community Economic Development,    c/o Joel Handler,    55 W. Wacker, Suite 950,
             Chicago, IL 60601-1609
15913236   +Creasly Walker,    105 Hackney Lane,    Valparaiso, IN 46385-6052
16022512   +Cresley and Elizabeth Walker,    c/o Kevin E Steele,    156 Washington St,
             Valparaiso, IN 46383-5507
15913237    David Ciancanelli,    c/o Rooth Law Firm,    1330 B. Sherman Ave.,    Chicago, IL 60601
15913238   +David Thayer,    435-B South Buchanan,    Edwardsville, IL 62025-2091
16159554   +Earl Madison,    8100 Maple Brook Court,    Granite Bay, CA 95746-6156
15913240   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,    1701 Golf Road Tower One,
             Rolling Meadows, IL 60008)
16011135    Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
15913241    Fifth Third Bank,    c/o Casale, Woodward & Buls, LLP,    9223 Broadway Suite A,
             Merrillville, IN 46410-7017,    Attn: Daivd E. Woodward
15913242   +First America Financial Corporation,    1845 East Rand Road, Suite L106,
             Arlington Heights, IL 60004-4375
15913243   +GE Capital Commercial Inc.,    P.O. Box 7247-0371,    Philadelphia, PA 19170-0001
16116688   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
15913245   +Handler, Thayer & Duggan, LLC,    191 North Wacker Drive,    23rd Floor,    Chicago, IL 60606-1638
15913246    Hinshaw & Culbertson LLP,    222 N La Salle,    Suite 300,    Chicago, IL 60601-1081
15913247   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15913248   +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16159533   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
16159535   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,    230 S. Dearborn St,
             Chicago, IL 60604)
16159557   +Illinois Department of Labor,    c/o Office of the Attorney General,
             100 West Randolph St., 13th Floor,    Chicago, IL 60601-3397
16781057    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
15913249    Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
15913250   +Jan Friberg,    c/o Miller Canfield Paddock,    225 West Washington, Suite 2600,
             Chicago, IL 60606-3439
15913251   +John Heflin,    c/o Patricia Bobb & Associates,    833 W. Jackson, Suite 200,
             Chicago, IL 60607-5400
15996391   +KEYBANK,    C/O WELTMAN, WEINBERG & REIS,    323 W. LAKESIDE AVE., 2ND FL,
             CLEVELAND, OH 44113-1085
15913252   +Karla Madison,    1241 N Dearborn,    Chicago, IL 60610-2238
15913254   +Keybank Usa,    127 Public Sq,    Cleveland, OH 44114-1217
15913257    LNV Corporation,    7195 Dallas Parkway,    Dallas, TX 75624
```

```
District/off: 0752-1          User: rgreen              Page 2 of 3                   Date Rcvd: Mar 25, 2011
                              Form ID: pdf006           Total Noticed: 82


16342558     +LNV Corporation,   c/o Marc I. Fenton, Esq,   Neal, Gerber & Eisenberg LLP,
               Two North LaSalle Street, Suite 1700,   Chicago, IL 60602-4000
15913256     +LaSalle Bank N.A.,   135 S. LaSalle Street,   Suite 2510,   Chicago, IL 60603-4177
15913255     +Laboratory Supply,   C/O Stein & Rotman,   105 W. Madison, Suite 605,   Chicago, IL 60602-4602
16672401     +MB Financial Bank, N.A.,   Dykema Gossett PLLC,   c/o Richard M. Bendix,
               10 S. Wacker Drive - Suite 2300,   Chicago, IL 60606-7439
15913258     +MB financial,   1200 N. Ashland,   Chicago, IL 60622-2259
15913259      McKesson Medical Surgical,   P.O. Box 933027,   Atlanta, GA 31193-3027
15913260      Medical Office Billing,   1541 Otis Bowen Dr.,   Munster, IN 46321
15913261     +Meyer Galss & Mirror Co., Inc.,   P.O. Box 8687,   Michigan City, IN 46361-8687
15913262     +Much Shelist Denenberg Ament & Rube,   191 North Wacker Drive,   Suite 1800,
               Chicago, IL 60606-1631
15913224      Murray Jenson & Wilson LTD,   101 N Wacker Dr,   Suite 101,   Chicago, IL 60606-1714
15913270     +NOVA Leasing,   c/o The Law Offices of Deborah S Ashen L,   217 N Jefferson St Ste 601,
               Chicago, IL 60661-1114
15913268     +New Chicago Rush,   C/O Sorman Frankel LTD,   203 N LaSalle St. #23,   Chicago, IL 60601-1267
15913269      Newby Lewis Kaminski Jones LLP,   916 Lincolnway, LaPorte, IN 46350,   La Porte, IN 46350
16159631     +Oxford Bank,   c/o Ricardo DiMonte,   DiMonte Liak LLC, 216 West Higgons,
               Park Ridge, IL 60068-5706
16669734     +Oxford Bank and Trust,   c/o Riccardo A. DiMonte,   DiMonte & Lizak LLC,   216 West Higgins Rd,
               Park Ridge, IL 60068-5706
15913271     +Pavlovic Zivojin,   c/o Chuhak Tecson Kienlen ETC,   30 S. Wacker Dr., Suite 2600,
               Chicago, IL 60606-7512
16248695     +Precision Audio and Video,   5632 North Artisian,   Chicago, IL 60659-5136
15913272      Quarles & Brady LLC,   300 N. LaSalle,   Suite 400,   Chicago, IL 60654
15913273     +Quest Design Group,   c/o Vanemden George J & Associates,   P.O. Box 2397,
               Glenview, IL 60025-6397
15913274     +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195-0507
15913275     +Sorman & Frankel,   203 N. LaSalle St.,   Ste. 2350,   Chicago, IL 60601-1220
15913277     +The Firm Me, LLC,   c/o Lowery LLC,   333 W. Wacker Dr., Suite 420,   Chicago, IL 60606-1225
15913278      Trustmark Recovery Summary,   1541 Otis Bowen Dr.,   Munster, IN 46321
15913279     +United States Attorney,   219 S Dearborn St,   Chicago, IL 60604-1708
15913281     +Wayhoo Det, M.D. S.C.,   2007 Midwest Club Pkwy,   Oak Brook, IL 60523-2526
15913282     +XENI Financial,   1020 N.W. 6th Street,   Suite I,   Deerfield Beach, FL 33442-1720
16673632     +Xeni Financial Services Corp,   c/o Steven S. Newburgh, Esq.,   310 29th Street,
               West Palm Beach, FL 33407-5210
15913226     +c/o Harrison & Moberly, LLP,   10 West Market Place,   Suite 700,   Indianapolis, IN 46204-4406
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: notice@billbusters.com Mar 26 2011 07:33:46     Ernesto D Borges,
               Law Offices of Ernesto Borges,   105 W Madison Street,   23rd Floor,   Chicago, IL 60602-4647
15913227     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2011 07:45:15      Capital One, N.a.,
               C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
15913239     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 26 2011 07:45:16      Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15913244     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2011 07:45:26      Gemb/mohawk,   Po Box 981439,
               El Paso, TX 79998-1439
15913265     +E-mail/Text: bsorenson@newbuffalosavings.com Mar 26 2011 07:33:47      New Buffalo Savings Ba,
               45 N Whittaker St,   New Buffalo, MI 49117-1199
16129128     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 26 2011 07:33:47      Office of the U.S. Trustee,
               219 South Dearborn St, Room 873,   Chicago, Illinois 60604-2027
15913280     +E-mail/Text: vci.bkcy@vwcredit.com Mar 26 2011 07:33:45     Volkswagon Credit Inc,
               c/o Brice, Vander, Linden and Wernick PC,   9441 Lbj Freeway Suite 250,   Dallas, TX 75243-4640
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15913223*    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
15913228*    +Capital One, N.a.,   C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
15913253*    +Karla Madison,   1241 N Dearborn,   Chicago, IL 60610-2238
15913263*    +Murray, Jenson & Wilson, LTD.,   101 N. Wacker Dr.,   Suite 101,   Chicago, IL 60606-1714
15913264*    +Murray, Jenson & Wilson, LTD.,   101 N. Wacker Dr.,   Suite 101,   Chicago, IL 60606-1714
15913266*    +New Buffalo Savings Ba,   45 N Whittaker St,   New Buffalo, MI 49117-1199
15913267*    +New Buffalo Savings Ba,   45 N Whittaker St,   New Buffalo, MI 49117-1199
15913276*    +Sorman & Frankel*,   203 N. LaSalle St.,   Ste. 2350,   Chicago, IL 60601-1220
                                                                                   TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: rgreen              Page 3 of 3            Date Rcvd: Mar 25, 2011
                              Form ID: pdf006           Total Noticed: 82

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**            **Signature:**   _Joseph Speetjens_